IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN JOYCE, Individually and for Others Similarly Situated,<br><br>v.<br><br>COLTER ENERGY SERVICES USA, INC. | Case No. 2:22-CV-01367-DSC |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO RULE 41(a)(1)(A)(2)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through their counsel of record, hereby stipulate to dismiss the above-captioned matter with prejudice. The Parties agree that costs and expenses with regard to this voluntary dismissal shall be borne by the party incurring same.

Pursuant to Rule 41(a)(1)(A), the dismissal is effective upon filing of this Stipulation without a Court order.

SO STIPULATED.


Approved and agreed to on May 22, 2025 by:


/s/ William M. Hogg*
Michael A. Josephson  (PA ID No. 308410)
Andrew W. Dunlap  (Tex. SBN 24078444)
William M. Hogg (Tex. SBN 24087733)
**Josephson Dunlap llp**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

/s/ Gillian G. O'Hara (w/ permission)
Gillian G. O'Hara (*Pro Hac Vice*)
**Kutack Rock LLP**
1650 Farnam Street
The Omaha Building
Omaha, Nebraska 68102
Tel: (402) 346-6000
gigi.ohara@kutackrock.com

Jason Stitt (*Pro Hac Vice*)
**Kutack Rock LLP**

| | |
|---|---|
| whogg@mybackwages.com | 121 South Whittier, suite 330<br>Wichita, Kansas 67207-1045 |
| Richard J. (Rex) Burch (Tex. SBN 24001807)<br>**Bruckner Burch pllc**<br>11 Greenway Plaza, Suite 3025<br>Houston, Texas 77046<br>713-877-8788 – Telephone<br>rburch@brucknerburch.com | Tel: (816) 502-4605<br>jason.stitt@kutackrock.com<br><br>Michael T. McDonnell, III<br>(PA ID No. 60111)<br>**Kutack Rock LLP**<br>Two Logan Square |
| Joshua P. Geist (PA ID No. 85745)<br>William F. Goodrich (PA ID No. 30235)<br>**Goodrich & Geist P.C.**<br>3634 California Avenue<br>Pittsburgh, Pennsylvania 15212<br>Tel: (412) 7661455<br>josh@goodrichandgeist.com<br>bill@goodrichandgeist.com | 100 North Eighteenth Street, Suite 1920<br>Philadelphia, Pennsylvania 19103-4104<br>Tel: (215) 299-4384<br>michael.mcdonnell@kutackrock.com<br><br>Diana Fields (*Pro Hac Vice*)<br>**Kutack Rock LLP**<br>1801 California Street, Suite 3000<br>Denver, Colorado 80202<br>Tel: (303) 297-2400<br>diana.fields@kutackrock.com |
| *Attorneys for Plaintiffs* | *Counsel for Defendant*<br>*Colter Energy Services USA, Inc.* |

\* - The filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

 

**SO ORDERED:**
Dated: May 23, 2025

s/David Stewart Cercone
David Stewart Cercone
Senior U.S. District Court Judge